UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ALFRED PANZER,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOUSING & URBAN DEVELOPMENT, et al.,<br><br>    Defendants. | Case No. 15-cv-04033-JSC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

Plaintiff John Alfred Panzer filed this action on September 3, 2015. Pursuant to Civil Local Rule 3-12(c), the case is hereby REFERRED to the Honorable Maria Elena James to determine whether it is related to *Panzer v. HUD*, *et al.*, No. 3-15-1655-MEJ.

**IT IS SO ORDERED.**

Dated: September 14, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge