UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ALFRED PANZER,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOUSING & URBAN DEVELOPMENT, et al.,<br><br>    Defendants. | Case No. 15-cv-04033-MEJ<br><br>**ORDER RE: MOTION FOR CERTIFICATE OF APPEALABILITY**<br><br>Re: Dkt. No. 16 |

On September 23, 2015, Plaintiff filed a Motion for Certificate of Appealability pursuant to 28 U.S.C. §§ 2254 and 2255.[1]  However, those provisions address habeas corpus and Plaintiff is not in custody.  Further, the Court entered judgment on September 18, 2015.  Accordingly, no certificate is required and Plaintiff's motion is DENIED.

**IT IS SO ORDERED.**

Dated: September 23, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge

---

[1] Plaintiff filed this motion in his earlier-filed case, *Panzer v. United States Dep't of Housing & Urban Dev.*, C-15-1655 MEJ.  However, the caption of the motion and its contents make it clear he is referring to the 15-4033 case.